CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAURO MATEO VAZQUEZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary, Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-05710-LJC<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until September 16, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiff filed this mandamus action seeking adjudication of their Form I-589, Application for Asylum and for Withholding of Removal. Plaintiff submitted an asylum interview waiver to United States Citizenship and Immigration Services ("USCIS") and USCIS needs additional time to process Plaintiff's interview waiver and issue a Notice to Appear.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until September 16, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: August 14, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: August 14, 2026

*/s/ Josh Sigal*
JOSH SIGAL
Mendelson Law Firm, A.P.C.
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date : August 17, 2026

HON. LISA J. CISNEROS
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.